REC
JUL 19 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND


# John G. Hellew
**Attorney at Law**

Tel: (401) 245-1130
Fax: (401) 245-1189
Johnhellew@yahoo.com

377 Child Street
Warren, Rhode Island 02885


July 19,2006

The Honorable Chief Judge
Ernest C. Torres
Two Exchange Terrace
Providence, RI 02903

RE: John G. Hellew #1966
Petition for Reinstatement

The Honorable Chief Judge Ernest C. Torres:

I am filing an Application for reinstatement to the bar of the United States District Court for the District of Rhode Island. I mistakingly thought that I was reinstated and filed a petition in Bankruptcy Court entitled. Diogo M. and Rosa M. Pimentel Case Number 1:06-bk-10691. The Meeting of Creditors is scheduled for August 2, 2006, at 2:30 P.M.

I would very much appreciate it if you could expedite this matter so that I may complete my obligations to my clients.

Thank you for your cooperation.

Very truly yours,

John G Hellew

John G. Hellew

JGH:lf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPLICATION FOR REINSTATEMENT

I, JOHN G HELLEW hereby apply for reinstatement to the bar of the United States District Court for the District of Rhode Island pursuant to Local Rule 215(1).

1. Full name: John G Hellew

Business Address: John G Hellew
Firm name

377 Child St
Street Address and Suite

Warren, RI 02885
City, State and Zip Code

Telephone Number: (401) 245-1130 Fax Number: (401) 245-1189

E-Mail Address: Johnhellew@yahoo.com

2. Explain the circumstances which caused you to lose membership to the bar of this Court. (Disbarment, suspension, failure to register pursuant to LR 203(d).)

Suspension by the Rhode Island Supreme Court from July 25, 2003 to January 21, 2005.

3. Explain your reasons for seeking reinstatement.

To be permitted to practice in the United States Bankruptcy Court for the District of Rhode Island.

4. Have you ever been disbarred, suspended or been subjected to any <u>other</u> disciplinary action by any court or body having disciplinary authority over attorneys?

Yes or (No) (circle one)

If yes, state the dates, the facts, the disposition of each matter, and the name and address of the authority in possession of the record thereof. (Attach a separate statement.)

5. Is there any other incident in your career having a bearing upon your character or fitness for reinstatement to this bar?

Yes or (No) (circle one)

If yes, give full details on a separate statement.

6. Have you ever been convicted of a serious crime as defined in Local Rule 213(a)(3)?

Yes or (No) (circle one)

If yes, give full details on a separate statement.

7. Are you in good standing as an attorney admitted to practice before the Bar of the Supreme Court of the State of Rhode Island and any other court whose certificate you submitted upon your request for admission to this bar?

(Yes) or No (circle one)

If no, give full details on a separate statement.

I have read the foregoing application for reinstatement to the Rhode Island Federal Bar and have answered all questions fully and frankly. The answers are complete and are true of my own knowledge.

John G Hellew
Signature of Applicant

1966
Bar Number

7-19-06
Date

RHODE ISLAND SUPREME COURT

Committee on Character and Fitness

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

JOHN G HELLEW
377 CHILD STREET
WARREN, RI 02885

This certifies that JOHN G HELLEW of WARREN, RHODE ISLAND, is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on 23-MAY-1977 admitted to practice in all the Courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

Given under my hand and the seal of said Supreme Court
at Providence, on July 19, 2006.

Clerk

SU_CERT_GD_STD
June 2005